**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22198-ERW |
| | § | |
| CHIRL A DADE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/20/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/26/2013           By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22198-ERW |
| | § | |
| CHIRL A DADE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,000.00
*and approved disbursements of* $8.94
*leaving a balance on hand of[1]:* $3,991.06

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,991.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $2.13 | $0.00 | $2.13 |
| Lakelaw, Attorney for Trustee Fees | $1,977.50 | $0.00 | $1,977.50 |
| Lakelaw, Attorney for Trustee Expenses | $8.55 | $0.00 | $8.55 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $3,238.18
Remaining balance: $752.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $752.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $752.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $81,924.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | BankFinancial, FSB | $74,980.60 | $0.00 | $689.07 |
| 2 | Citibank, N.A. | $2,943.49 | $0.00 | $27.05 |
| 3 | American Express Centurion Bank | $4,000.00 | $0.00 | $36.76 |

Total to be paid to timely general unsecured claims:     $752.88
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

      Total to be paid to tardily filed general unsecured claims:  $0.00
               Remaining balance:  $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE


         Total to be paid for subordinated claims:  $0.00
              Remaining balance:  $0.00



      Prepared By: /s/ David P. Leibowitz
            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-22198-ERW
Chirl A Dade                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps                Page 1 of 2           Date Rcvd: Feb 27, 2013
                               Form ID: pdf006            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
db            +Chirl A Dade,    186 Coales RD,    Chicago Heights, IL 60411-7500
19437396       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
18980091      +Bank of America,    PO Box 2759,   Jacksonville, FL 32203-2759
18980092      +BankFinancial, FSB,    c/o Crowley & Lamb, P.C.,    221 N. LaSalle St., Suite 1550,
                Chicago, IL 60601-1224
18980094      +Harris Bank,   3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
18980095      +Hsbc Best Buy,    Po Box 5253,   Carol Stream, IL 60197-5253
18980096      +Sears/citibank Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19575178       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2013 03:07:43      Citibank, N.A.,
                c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK   73124-8840
18980093       E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:25:50      Green Tree Servicing L,
                332 Minnesota St Ste 610,   Saint Paul, MN 55101
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19811855*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**                **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 2 of 2           Date Rcvd: Feb 27, 2013
                              Form ID: pdf006          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2013 at the address(es) listed below:

        David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ   on behalf of Attorney   Lakelaw dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ   on behalf of Plaintiff David P Leibowitz dleibowitz@lakelaw.com,
         czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
        Neal  Feld   on behalf of Debtor Chirl A Dade nealfeld@yahoo.com,  nealfeldlaw@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                     TOTAL: 6